## DAVIS and Another *v.* SMITH.

APPEAL from the *Hamilton* Court of Common Pleas.

*Per Curiam.*—Suit by the appellee against the appellants on a note. Judgment by default.

Several errors are assigned, but no motion was made, or steps taken in the Court below to correct the alleged errors. This we have decided in several cases must be done before bringing the case here.

The appeal is dismissed with costs.

*E. S. Stone* and *W. W. Conner*, for the appellants.

*D. Moss* and *J. W. Evans*, for the appellee.